# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MARCUS D. HARRIS**                                                                 **PLAINTIFF**
**ADC #553083**

**v.**                          **CASE NO. 5:17-CV-00185 BSM**

**ADAMS,** *et al.*                                                                  **DEFENDANTS**

## ORDER

The recommended disposition [Doc. No. 8] submitted by United States Magistrate Judge Patricia S. Harris has been reviewed. No objections have been filed. After a careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, plaintiff Harris's petition is dismissed without prejudice for failure to state a claim upon which relief may be granted.

Dismissal of this action counts as a "strike" under 28 U.S.C. section 1915(g). Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 26th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE