IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MARCUS D. HARRIS                                                                 PLAINTIFF
ADC #553083

v.                          CASE NO. 5:17-CV-00185 BSM

ADAMS, *et al.*                                                                  DEFENDANTS

## JUDGMENT

Consistent with the order entered on this day, this action is dismissed without prejudice.

IT IS SO ORDERED this 26th day of October 2017.

_____
UNITED STATES DISTRICT JUDGE